**No. 63115.**—Reliance International Mfg., Ltd. *v.* United States, protests 323458–K, 254382–K, and 287555–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of plaintiff was sustained.

**No. 63116.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/17232 (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, JUNE 1, 1959

**No. 63117.**—T. B. Smith Co., Inc. *v.* United States, protest 323042–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 63118.**—Erlanger Textile Corp. *v.* United States, protest 58/3530 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.